There is no error of law in the judgment complained of.

260 So.2d 317

Saul A. MINTZ et al.

v.

Herbert L. BREARD, Jr., et al.

No. 52309.

April 13, 1972.

The result is correct.

SUMMERS, J., is of the opinion the writ should be granted.

260 So.2d 317

Mrs. Myrtle Avril JONES

v.

Charles L. WRIGHT, Jr. and the Home Indemnity Company.

Sidney F. MULLER

v.

Charles L. WRIGHT, Jr. and the Home Indemnity Company.

No. 52346.

April 13, 1972.

the judgment complained of is correct.

SANDERS, BARHAM and TATE, JJ., are of the opinion that a writ should be granted.